UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA, <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1–10, <br><br> Defendants. | Case No.: 3:19-cv-00990-DMS-WVG <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE** |

Finding good cause, the joint motion to continue is granted. It is hereby ORDERED that the trial is continued to **June 21, 2021**, at 9:00 a.m.  The parties shall file and serve their trial briefs no later than seven calendar days prior to the trial date. The deadlines for all additional filings required by Local Rule shall be continued in accordance with the new trial date.

**IT IS SO ORDERED.**

Dated:  March 2, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court