UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>                                  Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; DOES 1–10,<br><br>                                  Defendants. | Case No.: 19-cv-990 DMS (WVG)<br><br>**ORDER CONTINUING TRIAL** |

On June 11, 2021, Plaintiff's counsel filed an Ex Parte Application to Continue Trial. Trial is currently set for June 21, 2021. Plaintiff's counsel requests the Court continue trial into mid-August of 2021. Defendant does not oppose the continuance.

Because Plaintiff's counsel is unavailable on the current trial date, the Court grants Plaintiff's request to continue trial. However, given that this case is expected to be a one-day bench trial, the Court declines to continue the trial to August. Plaintiff's counsel states he is engaged in trial on another matter which is expected to last until June 26, 2021, and that he expects to begin another trial on July 12, 2021.

The Court accordingly continues trial one week, until **June 28, 2021**, at 9:00 a.m. The parties shall file and serve their trial briefs no later than seven calendar days prior to

1

the trial date. The deadlines for additional filings required by Local Rule shall be continued in accordance with the new trial date.

**IT IS SO ORDERED**.

Dated:  June 11, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court