UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SCOTT SCHUTZA,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION, a Washington Corporation; DOES 1–10,

Defendants.

Case No.: 19-cv-990 DMS (WVG)

**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO EXTEND FEE MOTION CUT-OFF**

On July 15, 2021, Plaintiff Scott Schutza filed an Ex Parte Motion to Continue Deadline to File Fee Motion. (ECF No. 73.) Currently, Plaintiff's time to file a motion for attorneys' fees is set to expire on July 21, 2021. Plaintiff seeks to extend this deadline by thirty (30) days, so that he may include a fee declaration from a retained expert who is out of town through the current deadline. Defendant Costco Wholesale Corporation opposes the motion on the grounds that the extension of time will unduly prejudice Defendant, as Defendant wishes to consider the amount of fees sought by Plaintiff in making its determination whether to appeal the Court's July 7, 2021 judgment. (ECF No. 74.)

/ / /

/ / /

/ / /

Accordingly, the Court extends Plaintiff's deadline to file his motion for attorneys' fees to **July 26, 2021,** which date falls prior to Defendant's deadline to appeal the judgment.

**IT IS SO ORDERED**.

Dated: July 19, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court